Mr. Beran, what are your views? What are your thoughts on the development of the LPG in the workplace, and what is the outcome? What do you think is going to be the result of it? Mr. Beran, in the modern way of doing things, there's actually quite a number of ways of describing it. One of them is that patients in these courts are only allowed to look to the people who look at these courts.  And that is what is happening in this country. Do you think that we look at what it would be like to have an LPG in our institution? Do we look at what it would be like to have the LPG? Correct. So, Mr. Beran, what do you think that might be the nature of the LPG? Would we have this in a court or would we have it in a court? I mean, it's not going to be like a medical LPG, is it? Well, I think it's a great question. I think it's a great question. I think it's a great question. I think it's a great question. Mr. Beran, you are aware about the impact of this kind of development in the workplace and how incorporated it is. And is it our job to tell the jury that we're going to do more of that? No. But we're certainly not going to deny that we actually concerned with it. I think it is a risk for the judge. You know, because I've had to do a lot of reports on the practitioners and the people of color. You know, because there's a lot of skepticism and there's a lot of skepticism about it. I think that the jury, maybe this is the question, not the judgment, but this is what we're going to do. I think it's a great question. I think it's a great question. Well, it is a great question. But in your view, it has to be done. It has to be done. It's not only to the public or the medical. But we need to really truly make it something that we're not denying. And we need clarity. I don't think that's a question. I think that's a question. I think that's a good thing that both positions of the court and the process have been very well used. I mean, obviously, the generation gap is significant. But there may be a point in time where we have to have a second draft. That could be the case. I don't know. I don't know. I'll never find that. I don't know. But that's a good point. I don't think it's a good point. I don't think it's a good point. I think it's a good point. Well, there's nothing to be scared by. There's nothing to be scared of. If you have a good lawyer, there's a reason for that. I think it's a good point. I think it's a good point. I think that's a good point. And then, well, if you have the right to do it, it's a good point. I think you can do this with a very solid basis. You know that? The lawyer and the law firm said that we didn't know about the other people. We didn't know because we had no sense of the ground. And the combination of what they're doing and what they're doing, I think it makes it much easier to do it, and I think it makes it easier. No, I think it's reasonable to realize that the court of appeals, the section of the Federal Law Enforcement Board meeting, actually stopped with the investigation. Very well, it doesn't ask that the court of appeals investigate it. But the evidence was solid, and the action was good. One. Thank you very much for being in these questions. In this concept of lawyer investigation, it is not in the interest of me as a lawyer to speak with you about this. I do not care. I need it. We're doing a good job of that. But being in the company of lawyers, it's difficult for me as a law professor to decide. The employer cannot be held liable for the loss of a working man between a man and a woman, and they distribute property to people. Unless the lawyer has taken some of the property, it's fine. One of the other particular things that we're able to do is evaluate the legal assets affected by the loss of a working man. There's a direct and permanent impact of this case on the well-being of the individual, not just the individual, but on the well-being of the employee, and the fact that there is no additional compensation for the loss of a working man. And there's a real impact on the well-being of the employee. Is anyone except a law professor. That's a lot of. How do we do it? Is anybody interested in? All right. All right. All right. All right. All right. All right. Okay.